```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/21/05
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
*Davis*
                    Plaintiff(s),         04 cv 9195 (RPP)
        -against-
*Kirkpatrick & Lockhart*                  SCHEDULING ORDER
                    Defendant(s)
------------------------------------X

PATTERSON, D.J.

1. This action is referred to Magistrate Judge _____ for _____ after a case management conference.

2. This action is referred for mediation: ___Yes ___No.

3. Amend the pleadings by _____.

4. Medical Authorizations by _____.

(5) Rule 26 compliance by  2/20/05 .

6. Experts' reports to be served by _____.

7. Experts' depositions to be completed by _____.

(8) All discovery to be completed by  6/20/05 .

9. Dispostive Motions by _____, Answer by _____, Reply by _____.

(10) Pretrial order to be filed by  7/8/05 .

11. Settlement conference with parties & counsel on _____.

12. Pretrial conference scheduled for _____ at _____.

(13) Trial date scheduled for  7/18/05 @ 9:30 AM .

Dated: New York, New York
       _____

                                        SO ORDERED.

                                        _____
                                        ROBERT P. PATTERSON, JR.
                                        U.S.D.J.