UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

JAMAL **DAVIS**,

                                                                                          04 CV 9195 (RPP)

                                                Plaintiff,

        -against-

**KIRKPATRICK & LOCKHART LLP**,

                                              Defendant.
-------------------------------------------------------------------x

## **RULE 7.1 DISCLOSURE STATEMENT**

    Defendant Kirkpatrick & Lockhart LLP (renamed Kirkpatrick & Lockhart Nicholson Graham LLP effective January 1, 2005) ["K&L"] hereby files this statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

    K&L is a limited liability partnership which has no parent corporation and is not owned by any publicly held corporation.

Dated: February 8, 2005

                                                  POLLACK & KAMINSKY

                                         By: _____
                                             Martin I. Kaminsky (MK 3033)
                                             Justin Y.K. Chu (JC 7810)
                                114 West 47th Street
                                New York, New York 10036
                                      Tel. (212) 575-4700
                                      Fax (212) 675-6560

Attorneys for Defendant