# POLLACK & KAMINSKY

114 WEST 47TH STREET, NEW YORK, NEW YORK 10036

TEL: (212) 575-4700

FAX: (212) 575-6560

DANIEL A. POLLACK
MARTIN I. KAMINSKY
EDWARD T. McDERMOTT

W. HANS KOBELT
JUSTIN CHU
ANTHONY ZACCARIA


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/15/05

June 14, 2005

**BY FAX**

Hon. Robert P. Patterson, Jr.
United States District Court
500 Pearl Street
New York, NY 10007-1312

**MEMO ENDORSED**

re: <u>Davis v. Kirkpatrick & Lockhart LLP</u>
04 Civ. 9195 (RPP)

Dear Judge Patterson:

We have attempted repeatedly without success to schedule the deposition of plaintiff, after having duly noticed it. Since April, we have asked plaintiff's counsel on numerous occasions to arrange for a mutual convenient date for the deposition; but plaintiff has refused to do so. We therefore respectfully request that your Honor order plaintiff to appear for his deposition on July 12, 2005. @ 9:30 A.M. at Defense Counsel's offices.

Respectfully yours,

Justin Y. K. Chu
Counsel for Defendant

cc: Counsel for Plaintiff

SEE TYPEWRITTEN MEMO ENDORSEMENT ATTACHED

No response having been received application granted. So ordered.

Robert Patterson, USDJ
6/15/04

Case:     Jamal Davis v. Kirkpatrick & Lockhart LLP
Index No. 04 Civ. 9195 (RPP)

**MEMO ENDORSEMENT READS:**

*.... at 9:30 a.m. at Defense Counsel's offices.*

*No response having been received, application granted.*

*So ordered.*

*Robert P. Patterson, Jr., U.S.D.J., 6/15/05*