UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x     04 CV 9195 (RPP)
JAMAL DAVIS,

              Plaintiff,

                                      **NOTICE OF MOTION**

     -against-

KIRKPATRICK & LOCKHART, LLP,

              Defendant.
-------------------------------------------------------------x

      **PLEASE TAKE NOTICE** that, pursuant to Rule 34 of the Federal Rules of Civil

Procedure, and upon the annexed affirmation of Chidi Eze in support of Plaintiff's Motion to

Compel and the accompanying exhibits thereof, Plaintiff will move this court, at the United

States District Court, Southern District of New York, located at 60 Center Street, New York, NY

10007, before the Honorable Judge Robert P. Patterson, United States District Judge, on a date

and time to be designated by the court, for an Order of the Court:

    1.     **Compelling the defendant to respond to plaintiffs written requests fully and
        satisfactorily within five days of this court's Order, to wit; Plaintiff's
        Document Requests Nos 3 and 4, and Interrogatory No. 6.**
    2.     **Or in the alternative, precluding the defendant from introducing any
        witnesses or materials in support of its defense or to controvert plaintiff's
        testimony at the time of trial, on the compensation of similarly situated White
        employees.**
    3.     **And granting plaintiffs monetary penalties and such other reliefs as this
        court deems just**

Dated: Brooklyn, New York
       June 22, 2005

                               By    /s/ Chidi Eze
                                     Chidi Eze (CE-4333), of counsel
                                     310 Livingston Street
                                     Brooklyn, New York

(718) 855 3005

To:   Martin Kamisky (MK 3033)
      Justin Y.K. Chu (JC 7810)
      Pollack & Kaminsky
      114 West 47th Street
      New York, NY 10036

## CERTIFICATE OF SERVICE

     Chidi Eze, an attorney admitted to practice in the United States District Court for the Southern District of New York and in the State of New York, certifies under penalty of law that the within plaintiff's Notice of Motion, the Memorandum of Law in Support of the Motion and all accompanying exhibits were served on the defendant on June 22, 2005, by depositing same in a United States Postal Service depository and addressed with a first class mail to the defendant's attorney's offices at the following address;

     Martin Kamisky (MK 3033)
     Justin Y.K. Chu (JC 7810)
     Pollack & Kaminsky
     114 West 47th Street
     New York, NY 10036

Dated: Brooklyn, New York
       June 22, 2005

                         By_____
                             Chidi Eze, Esq.