# POLLACK & KAMINSKY

114 WEST 47TH STREET, NEW YORK, NEW YORK 10036

TEL: (212) 575-4700

FAX: (212) 575-6560

RECEIVED OCT -5 2005 CHAMBERS OF JUDGE ROBERT P. PATTERSON

DANIEL A. POLLACK
MARTIN I. KAMINSKY
EDWARD T. McDERMOTT

W. HANS KOBELT
JUSTIN CHU
ANTHONY ZACCARIA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/6/05

October 5, 2005

**BY FAX**

Hon. Robert P. Patterson, Jr.
United States District Court
500 Pearl Street
New York, NY 10007-1312

**MEMO ENDORSED**

re: **Davis v. Kirkpatrick & Lockhart LLP**
04 Civ. 9195 (RPP)

Dear Judge Patterson:

Responding to plaintiff's letter to your Honor of October 4, 2005:

Defendant has no objection to plaintiff's request for an extension of the discovery deadline so that the depositions can be completed[1]. In view of the December 21 deadline requested by plaintiff, defendant respectfully suggests a schedule providing for pre-trial papers to be filed by January 13, 2006 (taking into account of the intervening holidays) and a control trial date of January 23, 2006.

Respectfully yours,

Justin Y. K. Chu
Counsel for Defendant

*SEE TYPEWRITTEN MEMO
ENDORSEMENT ATTACHED*

cc: Counsel for Plaintiff

Application granted. Disregard previous dates for pre-trial order and trial — order 11/3/05. So ordered, Robert P. Patterson USDJ 10/5/05

---

[1] Defendant had previously offered the witnesses in July and August. Plaintiff, however, decided to cancel the depositions.

Case:      Jamal Davis v. Kirkpatrick & Lockhart LLP
Index No.  04 Civ. 9195 (RPP)


MEMO ENDORSEMENT READS:

Case:      Jamal Davis v. Kirkpatrick & Lockhart LLP
Index No.  04 Civ. 9195 (RPP)


MEMO ENDORSEMENT READS:

*Application granted.*

*Disregard previous dates for pretrial order and trial ordered 10/5/05.*

*So ordered.*

*Robert P. Patterson, Jr., U.S.D.J., 10/6/05*