DEC-22-2005 15:09     POLLACK&KAMINSKY     212 575 6550    P.02/02

# POLLACK & KAMINSKY

114 WEST 47TH STREET, NEW YORK, NEW YORK 10036
TEL: (212) 575-4700
FAX: (212) 575-6560

DANIEL A. POLLACK
MARTIN I. KAMINSKY
EDWARD T. McDERMOTT

W. HANS KOBELT
JUSTIN CHU
ANTHONY ZACCARIA

December 22, 2005

**MEMO ENDORSED**

**BY FAX**

Hon. Robert P. Patterson, Jr.
United States District Court
500 Pearl Street
New York, NY 10007-1312

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 1/3/06

re: **Davis v. Kirkpatrick & Lockhart LLP**
04 Civ. 9195 (RPP)

Dear Judge Patterson:

As discussed with your Clerk, the parties have settled this matter. A settlement agreement has been signed, and we expect to have the settlement consummated shortly.

Respectfully yours,

Justin Y. K. Chu
Counsel for Defendant

cc: Counsel for Plaintiff

**MEMO ENDORSEMENT READS:**
*The parties should execute a dismissal with prejudice for the Court's signature by January 6, 2006.*
*So ordered.*
*Robert P. Patterson, Jr., U.S.D.J., 1/3/06*

Davis v. Kirkpatrick & Lockhart L.L.P.    Doc. 17

TOTAL P.02