UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JAMAL DAVIS,

                                      Plaintiff,

     -against-                                    04 CV 9195 (RPP)

KIRKPATRICK & LOCKHART LLP,

                                      Defendant.
------------------------------------------------------------x

## STIPULATION OF DISMISSAL

It is hereby stipulated and agreed that this action and all claims in it are dismissed with prejudice and without costs to any party.

Dated: December ____, 2005
New York, New York

                                            GARY N. RAWLINS, ESQ.

                                            By: _____
                                                Gary N. Rawlins (GR 2049)
                                         310 Livingston Street
                                         Brooklyn, NY 11217
                                           Tel. (718) 855-3005
                                         Attorney for Plaintiff


                                            POLLACK & KAMINSKY

                                            By: _____
                                                Martin I. Kaminsky (MK 3033)
                                                Justin Y.K. Chu (JC 7810)
                                         114 West 47th Street
                                         New York, New York 10036
                                           Tel. (212) 575-4700
                                         Attorneys for Defendant

SO ORDERED:

_____
Hon. Robert P. Patterson
U.S.D.J.