```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
JAMAL DAVIS,
                                        Plaintiff,
              -against-                                   04 CV 9195 (RPP)

KIRKPATRICK & LOCKHART LLP,

                                        Defendant.
-----------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/9/06

## STIPULATION OF DISMISSAL

It is hereby stipulated and agreed that this action and all claims in it are dismissed with prejudice and without costs to any party.

Dated: January 9, 2006 ~~December___, 2005~~
New York, New York

GARY N. RAWLINS, ESQ.
By: _____
    Gary N. Rawlins (GR 2049)
310 Livingston Street
Brooklyn, NY 11217
Tel. (718) 855-3005
Attorney for Plaintiff

POLLACK & KAMINSKY
By: _____
    Martin I. Kaminsky (MK 3033)
    Justin Y.K. Chu (JC 7810)
114 West 47th Street
New York, New York  10036
Tel. (212) 575-4700
Attorneys for Defendant

SO ORDERED:
_____
Hon. Robert P. Patterson
U.S.D.J.